| | |
|---|---|
| Carolyn Hunt Cottrell (SBN 166977) <br> David C. Leimbach (SBN 265409) <br> **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP** <br> 2000 Powell Street, Suite 1400 <br> Emeryville, California 94608 <br> Telephone: (415) 421-7100 <br> Facsimile: (415) 421-7105 <br> ccottrell@schneiderwallace.com <br> dleimbach@schneiderwallace.com <br><br> Attorneys for Plaintiffs, the Collective and Putative Class <br><br> *Additional Counsel on the following page* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESIDERO SOTO and STEVEN STRICKLEN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> O.C. COMMUNICATIONS, INC.; <br><br> Defendant. | Case No.: 3:17-cv-00251-VC <br><br> Hon. Vince Chhabria <br><br> **DECLARATION OF CAROLYN H. COTTRELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND TO FACILITATE NOTICE UNDER 29 U.S.C. § 216 (b)** <br><br> Date: August 31, 2017 <br> Time: 10:00 a.m. <br> Ctrm.: 4 <br><br> Filed: January 18, 2017 <br> Judge: Vince Chhabria |

Shanon J. Carson (*pro hac vice*)
Sarah R. Schalman-Bergen (*pro hac vice*)
Camille Fundora (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Attorneys for Plaintiffs, the Collective
and Putative Class

# DECLARATION OF CAROLYN H. COTTRELL

I, Carolyn H. Cottrell, declare:

1. I am an attorney at law duly licensed and in good standing to practice law in the courts of California (No. 166977) and am admitted to practice law before this Court, the United States District Court Northern District of California. I am a partner at the law firm of Schneider Wallace Cottrell Konecky LLP, counsel for Plaintiffs Desidero Soto and Steven Strickland, on behalf of themselves and all others similarly situated, ("Plaintiffs") in this action.

2. I have personal knowledge of the facts set forth in this Declaration and, if called upon as a witness, I could and would testify competently as to these facts.

3. This Declaration is submitted in support of Plaintiffs' Motion for Conditional Certification and to Facilitate Notice under 29 U.S.C. § 216(b) ("Section 216(b) Motion"), filed in *Soto et al. v. O.C. Communications, Inc.,* Case No. 3:17-cv-00251-VC.

4. On May 18, 2017, Plaintiffs served Requests for Production of Documents on OCC ("Plaintiffs' Document Requests"). Plaintiffs' Document Request Number 2 requested "[a] list identifying all Collective Members from January 18, 2014, to the present. The list should include each Collective Member's name, last-known address, last-known phone number, last-known email address, dates of employment, and location at which the employee worked."

5. OCC served its responses to Plaintiffs' Document Requests on July 12, 2017. OCC refused to produce this information until a *Belaire* privacy notice is agreed upon and sent to Collective members. Additionally, OCC did not serve Technicians' hand-written time sheets as Plaintiff had requested. OCC has agreed to provide these time sheets on July 18, 2017 – one day *after* Plaintiffs' Motion for Conditional Certification is due.

/././

**EXHIBITS**

6. Attached hereto as **Exhibit A** are relevant excerpts from the transcript of the deposition of O.C. Communications, Inc.'s ("OCC") Fed. R. Civ. P. 30(b)(6) corporate representative, Chief Operating Officer, Larry Wray.

7. Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts of Exhibit 6 to the deposition of OCC's Chief Operating Officer, Larry Wray, bates stamped NAVARRO000004, provided in support of Plaintiffs' Section 216(b) Motion.

8. Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts of Exhibit 6 to the deposition of OCC's Chief Operating Officer, Larry Wray, bates stamped NAVARRO000006-NAVARRO000008, provided in support of Plaintiffs' Section 216(b) Motion.

9. Attached hereto as **Exhibit D** is a true and correct copy of the declaration of named Plaintiff Desidero Soto, executed on July 14, 2017, provided in support of Plaintiffs' Section 216(b) Motion.

10. Attached hereto as **Exhibit E** is a true and correct copy of the declaration of named Plaintiff Steven Strickland, executed on July 16, 2017, provided in support of Plaintiffs' Section 216(b) Motion.

11. Attached hereto as **Exhibit F** is a true and correct copy of the declaration of opt-in Plaintiff Andre Holmes, executed on July 14, 2017, provided in support of Plaintiffs' Section 216(b) Motion.

12. Attached hereto as **Exhibit G** is a true and correct copy of the declaration of opt-in Plaintiff Carlos Rios, executed on July 14, 2017, provided in support of Plaintiffs' Section 216(b) Motion.

13. Attached hereto as **Exhibit H** is a true and correct copy of the declaration of opt-in Plaintiff Trever Tranberg, executed on July 15, 2017, provided in support of Plaintiffs' Section 216(b) Motion.

14. Attached hereto as **Exhibit I** is a true and correct copy of the declaration of opt-in Plaintiff Jacky Charles, executed on July 14, 2017, provided in support of Plaintiffs' Section 216(b) Motion.

15. Attached hereto as **Exhibit J** is a true and correct copy of the declaration of opt-in Plaintiff Steeve Fondrose, executed on July 15, 2017, provided in support of Plaintiffs' Section 216(b) Motion.

16. Attached hereto as **Exhibit K** is a true and correct copy of the declaration of opt-in Plaintiff Mohammed Idress, executed on July 14, 2017, provided in support of Plaintiffs' Section 216(b) Motion.

17. Attached hereto as **Exhibit L** is a true and correct copy of the declaration of opt-in Plaintiff Mike Pfeffer, executed on July 17, 2017, provided in support of Plaintiffs' Section 216(b) Motion.

18. Attached hereto as **Exhibit M** is a true and correct copy of the declaration of opt-in Plaintiff Pedro Vieira, executed on July 14, 2017, provided in support of Plaintiffs' Section 216(b) Motion.

19. Attached hereto as **Exhibit N** is a true and correct copy of the text of the Notice of Collective Action Lawsuit Plaintiffs are proposing in connection with their Section 216(b) Motion.

20. Attached hereto as **Exhibit O** is a true and correct copy of the text of the Opt-In Consent Form Plaintiffs are proposing in connection with their Section 216(b) Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and is based upon my own personal knowledge.

Executed in Emeryville, California on July 17, 2017.

                                         /s/ *Carolyn H. Cottrell*
                                         CAROLYN H. COTTRELL