# EXHIBIT A

Page 1

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3

4      DESIDERO SOTO and STEVEN
       STRICKLEN, on behalf of
5      themselves and all others
       similarly situated,

6

                  Plaintiffs,      Case No.: 3:17-cv-00251-VC
7

          vs.
8

       O.C. COMMUNICATIONS, INC.,
9

                  Defendant.
10     _____/

11

12                   Wednesday, July 5, 2017

13                VIDEOTAPED DEPOSITION OF

14                      LARRY WRAY

15

16     Job No: 126485

       Reported By:  AMY E. PERRY, CSR No. 11880
17                Certified Shorthand Reporter
       _____
18

19

20

21

22

23

24

25

1                        EXHIBITS
2
3   Deposition Exhibit    Description                    Page
4
5   Exhibit 1  Plaintiff's Amended Notice of Taking      25
               The Deposition of O.C. Communications,
6              Inc.'s Person Most Knowledgeable
               Pursuant to Fed. R. Civ. P. 30(B)(6)
7
    Exhibit 2  Organization Chart, O.C.                  41
8              COMMUNICATIONS 0000008
9   Exhibit 3  O.C. Communications Time Sheet           113
               O.C. COMMUNICATIONS 0000120
10
    Exhibit 4  O.C. Communications Earnings             113
11             HOLMES 000001-10
12  Exhibit 5  Email From Joe Raposa 3/21/16            113
               O.C. COMMUNICATIONS 0000119
13
    Exhibit 6  Time records, NAVARRO 000001-15          135
14
    Exhibit 7  O.C. Communications, Employee Handbook   159
15             O.C. COMMUNICATIONS 0000010-49
16  Exhibit 8  O.C. Communications, Employee Handbook   159
               Nov. 1, 2015, O.C. COMMUNICATIONS
17             0000050-98
18
19
20
21
22
23
24
25

1    Q    What does that mean?

2    A    I'm -- the claims are very vague, so it's

3  hard for me to narrow it down, so I'm going to lump it

4  into wage and hour.  From what I can read and

5  understand it, it's saying that we didn't pay them the

6  correct wage.

7    Q    Who's your current employer, sir?

8    A    O.C. Communications.

9    Q    What position do you hold?

10    A    Currently COO.

11    Q    For how long have you held that position?

12    A    Two years, I think.

13    Q    Have you reviewed the complaint that was

14  filed in this case?

15    A    Yes.

16    Q    And when did you first see the complaint?

17    A    With my attorneys.

18    Q    When was that?

19    A    A few weeks ago.

20    Q    Have you ever had your deposition taken

21  before?

22    A    Yes.

23    Q    How many times?

24    A    Under ten.

25    Q    When was the last time?

Page 16

1    Q      Okay.  For how long have you been employed by

2  O.C. Communications?

3    A      16 -- 16 years, 17 years, right in there.

4    Q      What services does O.C. Communications offer?

5    A      Low voltage.

6    Q      What does that mean?

7    A      Clarify.

8    Q      What do you mean by low voltage?

9    A      Low voltage, we do anything that is under 92

10  volts of electricity.

11    Q      You're a cable installer?

12    A      We do cable installation, yes.

13    Q      What other installation do you do?

14    A      Alarm.

15    Q      What else?

16    A      Cable pretty much covers it all.

17    Q      Cable covers internet; correct?

18    A      That would be cable, yes.

19    Q      TV?

20    A      Yes.

21    Q      Phone?

22    A      Yes.

23    Q      What else would you say falls under cable

24  installation?

25    A      IT, so anything that runs off 92 volts or

1    <u>less, we install it.</u>

2    Q    Got it.  And for how long -- I'm sorry, I

3    might have asked you this but I'm going to ask you

4    again.

5         For how long have you been COO?

6    A    I think about two years.

7    Q    Two years.  What position did you hold before

8    that?

9    A    Vice president.

10   Q    Was it VP over a specific department,

11   division?

12   A    No.

13   Q    Just general, okay.

14        For how long did you hold the vice president

15   position?

16   A    I think 2011, 2012, so four, five years.

17   Q    What position did you hold before that?

18   A    I don't recall, supervisor or manager but I

19   don't recall.

20   Q    Did you manage technicians?

21   A    Yes.

22   Q    During what time period?

23   A    From the day I started until now.

24   Q    And during what time period were you direct

25   supervisor for over technicians?

1    about, is that also known as Castroville locations?

2        A     That could be.

3        Q     Is there -- strike that.

4              Do you have a location in Concord?  Yes, you

5    do.

6        A     Yes.

7        Q     And the Sacramento locations you told me

8    about, are those the ones on Pell Circle?

9        A     Yeah.  Yes.  One's on Pell Circle, one's on

10   Pell Drive.

11       Q     Which of those facilities houses Dispatch?

12       A     Pell Circle.

13       Q     And did the Sacramento dispatch location,

14   does that cover dispatch for all of California?

15       A     Yes.

16       Q     Does it cover dispatch for places outside of

17   California?

18       A     Not currently.

19       Q     Okay.  Did it at some point?

20       A     Yes.

21       Q     When?

22       A     Up until about a month ago.

23       Q     And for what -- strike that.

24             The dispatch center, did it cover the O.C.

25   shops and projects going on in all other states in the

1    United States up until about a month ago?

2        A      No, it would have been California and

3    Florida, so...

4        Q      And what changed a month ago?

5        A      We sold Florida.

6        Q      And Florida was bought by ITG; is that right?

7        A      Uh-huh.

8        Q      Yes?

9        A      The assets were bought by ITG.

10       Q      But not the liabilities?

11       A      No.

12       Q      And ITG bought all of O.C. Communications'

13   Florida locations?

14       A      Assets in Florida, yes.

15       Q      How many shops were in Florida?

16       A      There were four at the time.

17       Q      Where were they?

18       A      One in Hialeah, one in Fort Myers, and I

19   think both the other ones are considered Pompano Beach.

20       Q      Was there a West Palm Beach?

21       A      We call it West Palm, but it's both

22   locations, I believe, are in Pompano Beach.

23       Q      Is there one in Dade?

24       A      That's Hialeah.  Dade's the county, Hialeah

25   is the city.

1   to ITG, how many technicians were employed by O.C.

2   Communications in Florida?

3       A       Maybe 120, give or take.

4       Q       And do you have information about how the

5   Florida technicians were paid?

6       A       Uh-huh.

7       Q       Yes?

8       A       Yes.

9       Q       And regarding the timekeeping practices?

10      A       Yes.

11      Q       Okay.  And other policies and procedures

12  applicable to the technicians in Florida?

13      A       Yes.

14      Q       Do you have any information -- strike that.

15              Does O.C. Communications have any ownership

16  interest in any of the Florida locations that were

17  purchased by ITG?

18      A       No.  All the buildings were leased and they

19  consume those leases.

20      Q       Okay.  So you don't have any information

21  about policies and procedures in place now in the

22  Florida locations; correct?

23      A       Correct.

24      Q       Your testimony all ends a month ago at the

25  time of the sale?

1    A    Yeah.  It's the actual times like the 18th
2    when we finalized everything, they took over the
3    employees, I believe, on June 14th or June 15th, right
4    in there.
5    Q    Okay.  And this was?
6    A    2017.
7    Q    Okay.  And O.C. Communications doesn't have
8    any employees working in Florida now; is that correct?
9    A    No.
10   Q    No, that's not correct?
11   A    No, that is not correct.
12   Q    Okay.  What employees are still working in
13   Florida?
14   A    We have one, the director.  He's here until,
15   I believe, this Friday or next Friday.
16   Q    Okay.  And he's a director of what?
17   A    He was the director for operations for
18   Florida.
19   Q    And who is that individual?
20   A    Mark Lafluer.
21   Q    Can you spell Mark's last name?
22   A    F-L -- I'm sorry.
23   Q    L-A.
24   A    L-A-F-L-U-E-R.
25   Q    Is Mark going to move on to another employer

1    or is he taking another position with O.C.

2    Communications?

3        A        He's going to move on.

4        Q        And he's just helping the company transition?

5        A        Yes.

6        Q        The sale, okay.

7        A        Not transaction, he's just cleaning up what

8    we have, anything that's -- open items that are left.

9        Q        Does O.C. Communications have shops in any

10   other states?

11       A        Yes.

12       Q        Which states?

13       A        Currently Washington, Utah and Arizona.

14       Q        And for how long has O.C. Communications been

15   doing business in those states?

16       A        March 1, 2017.

17       Q        Prior to that, did O.C. Communications just

18   do business in California and Florida?

19       A        Primarily, yes.

20       Q        Okay.  Prior to March 1, 2017, what other

21   states was O.C. Communications doing business?

22       A        It's, you're still really vague.  We've done

23   business in multiple states, multiple times.  So it's

24   sort of if you're asking were those the only ones

25   currently, yes.

1    Q    How long, for how long has O.C.

2  Communications had shops in Washington?

3    A    Since March 1, 2017.

4    Q    And how many shops are in Washington?

5    A    I believe nine.

6    Q    There's one in Burlington?

7    A    I can't give you the locations, that's just

8  current.  I couldn't tell you exactly what city they're

9  in.  I know there's nine, we just picked up five more

10 of them over the last couple weeks, so...

11   Q    Okay.  And I'm sorry, did you say you could

12 or you couldn't list the cities?

13   A    I could not.

14   Q    Who's responsible for Washington?

15   A    I am now.

16   Q    Okay.

17   A    But we have a VP of operations for the

18 northwest, his name is Reggie White.

19   Q    He has responsibilities with respect to

20 Washington as well?

21   A    Yes.

22   Q    And how many locations are there in Arizona?

23   A    One.

24   Q    Is that the one in Tucson?

25   A    Yes, that one's easier, see.  One.

1    Q    And who is responsible for Arizona?

2    A    Reggie.  He's responsible for the day-to-day

3 in Washington, Utah and Arizona.

4    Q    How many shops are in Utah?

5    A    Two.  I believe one is in Sandy and one is in

6 Clear --

7    Q    Clearfield?

8    A    Yes.

9    Q    And for how long has that been the case,

10 March?

11    A    We're only -- we only -- we bought that

12 company in March 1st.  So anything prior to that, I

13 could not tell you how long those shops have been

14 there.

15    Q    And what company was it that O.C.

16 Communications bought?

17    A    Pioneer.

18    Q    Did Pioneer have the Utah, Arizona and

19 Washington locations?

20    A    Correct.

21    Q    And O.C. Communications purchased those

22 March 1, 2017?

23    A    Correct.

24    Q    As you sit here today, do you have

25 information about shops located in states other than

1   Florida and California that were in business prior to

2   March 1, 2017?

3       A     Since the time I've been employed?

4       Q     Going back to January 2014.

5       A     I don't recall, Houston may or may not have

6   been an active location, but I don't recall.

7       Q     Can you think of any other states?

8       A     No, that would have been it.

9       Q     Okay.  So prior to March 1, 2017, did O.C.

10  Communications have any shops in Arizona?

11      A     No.

12      Q     Did it have any shops prior to March 1, 2017

13  in Utah?

14      A     No.

15      Q     Did O.C. Communications have any shops in

16  Washington prior to March 1, 2017?

17      A     No.

18      Q     Okay.  You mentioned there may have been a

19  Texas shop at some point?

20      A     Yes.

21      Q     Okay.  And you don't know when that was in

22  business; is that correct?

23      A     I don't recall the exact dates.  We still

24  have the building but we don't operate in Texas.  It's

25  subleased to somebody else.

1    Q      When did O.C. Communications stop doing

2  business in Texas?

3    A      That, I can't recall.  So it's around the

4  same day that we started in Florida.  So we got rid of

5  Houston and picked up Florida.  So whether that's three

6  or four years ago, it's in that same ball park.

7    Q      How many technicians worked in Houston?

8    A      I don't recall.

9    Q      Ball park?

10    A      Don't recall.

11    Q      How many technicians work in Washington?

12    A      As of the 18th, actually as of the 24th of

13  June, roughly 190 roughly.

14    Q      Okay.  How about in Arizona?

15    A      Eight.

16    Q      How many technicians work in Utah?

17    A      Thirty-five.  Now that's as of today.

18    Q      Uh-huh.

19    A      That could have been less a week ago, could

20  be more next week.  But as of today, that's the really

21  rough counts.

22    Q      Understood.  And then California, how many

23  technicians work in California for O.C. Communications?

24    A      Roughly 500.

25    Q      Has that number fluctuated much from 2014 to

1    responsibilities with respect to payroll?

2        A    I don't know which part it is, one of them

3    may be garnishments, one of them may stuff payroll

4    checks.  So it's typically they don't have to deal with

5    the way a tech gets paid, their time cards or that sort

6    of thing as far as payroll.

7        Q    They do not handle those?

8        A    They do not.

9        Q    Who handles the time cards?

10       A    Denae's group.

11       Q    I'm sorry?

12       A    Denae.

13       Q    Who is that?

14       A    Denae Hefley.

15       Q    Can you spell the name?

16       A    D-E-A-N-E [sic].  Can't spell the last name.

17       Q    Say it one more time?

18       A    Hefley.

19       Q    Hefley.  And who is Denae Hefley?

20       A    Denae Hefley -- this is where it starts

21   getting confusing.  Denae Hefley does what we call our

22   payroll and billing.  So the way we work is our billing

23   generates our payroll.  So her group is the one that

24   takes all the time cards, work orders, that sort of

25   thing, corrects them, puts them into our programs.

1    <u>Once that's done, then that gets sent to</u>

2   <u>Corporate which is the payroll group, and they upload</u>

3   <u>that sheet and it spits out payroll.  So really</u>

4   <u>payroll's done ever before it hits Payroll, if that</u>

5   <u>makes sense.</u>

6       Q     Sort of.  So Denae Hefley?

7       A     Uh-huh.

8       Q     She is head of Payroll?

9       A     No.

10      Q     Okay.

11      A     Denae, that's where we get all confused.

12      Q     Right.

13      A     Denae does payroll but it's also billing.  So

14   our invoicing to our clients runs through her group.

15   Once the invoice is done, that generates what each tech

16   does and what we bill our clients, and she puts in the

17   time card.  The actual payroll as far as garnishments,

18   that sort of thing goes to Corporate.

19      Q     When you say goes to Corporate, what does

20   that mean?

21      A     It means it gets up loaded to Sabrina's

22   group.  And she actually takes this little sheet that

23   says, hey, made all this, uploads it and our accounting

24   software, does their actual paychecks.

25      Q     And what accounting software is that, do you

1    A     Correct.

2    Q     Okay.  As a result of the Pioneer sale, where

3  O.C. Communications acquired the shops in Washington,

4  Utah and Arizona, they inherited payroll group for

5  Pioneer?

6    A     Correct.

7    Q     Okay.  And they have a different accounting

8  system that's used for the northwest?

9    A     Correct.

10    Q     There was a Sabrina equivalent in that group;

11  is that right?

12    A     Correct.

13    Q     Was there also a Denae equivalent?

14    A     No.

15    Q     Okay.  And did the Sabrina-like equivalent

16  for the northwest, it's Chris; right?

17    A     Yes.

18    Q     Does Chris issue checks for technicians in

19  the northwest?

20    A     Yes.

21    Q     But Chris is using O.C. Communications, the

22  system?

23    A     No.

24    Q     No.  Okay.  There's a different accounting

25  system used in the northwest; right?

1    A    So, there's two things:   The payroll program

2  that we use to calculate is one thing.   The system that

3  she actually used to generate checks, and that is the

4  accounting system, which is something totally

5  different.

6         And that's just as, like I said, as a week

7  ending 6/24.   I believe that's the exact date.   Before

8  that, they used their method with their accounting

9  system which I believe to be, if I remember off the top

10  of my head, QuickBooks.

11    Q    So the former Pioneer group used QuickBooks?

12    A    I believe so, yes.

13    Q    June 24th, did they switch over to --

14    A    Still on QuickBooks, but now they're using

15  our program in the way our sheet calculates pay.

16    Q    And what program does O.C. Communications use

17  for that?

18    A    One that I built, it's Excel.

19    Q    It's an Excel spreadsheet-type?

20    A    Excel database.

21    Q    And you built it?

22    A    Uh-huh.

23    Q    Yes?

24    A    Yes.

25    Q    When did you build it?

1    A       The version we use now --

2    Q       Okay.

3    A       -- was sometime in 2014.

4    Q       Was there a prior version?

5    A       Yes.  It was hourly, strictly hourly.

6    Q       What does that mean?

7    A       That means if you worked eight hours, it pays

8    you for eight hours.

9    Q       Okay.  This system that you developed, what's

10   the purpose of it?

11   A       It's to track the production, the overtime,

12   the double time in the State of California, and

13   whatever the law is to make sure that we pay them

14   correctly.  And also, to make sure that any time that

15   they are not on a job is calculated and paid in our

16   rate.  So they're always made whole whether they're on

17   a job or sitting here in this room doing nothing.

18   Q       This is more than nothing.

19   A       I said them.

20   Q       I know.  I understand.

21           And you don't have any name for this other

22   than it's an Excel database?

23   A       We used to call the payroll program.  It also

24   generates our -- it also checks our invoice that we get

25   from our clients.

1    Q      And this Excel database is now very recently

2    being used in the northwest as well?

3    A      Correct.

4    Q      Okay.  Although QuickBooks is still being

5    used to generate checks?

6    A      So two different things:  One's an accounting

7    system; one's just a database that works out the math

8    to be able to upload into the accounting system for the

9    correct pay.  And that's no matter where you're at.

10   Q      Meaning state?

11   A      Yes.

12   Q      And shop?

13   A      Yes.

14   Q      So that Excel database is used for all tech's

15   throughout the country?

16   A      Yes.

17   Q      And that's been the case with all of

18   California at least going back to 2014?

19   A      Yes.

20   Q      It was used in Florida as well until Florida

21   went away?

22   A      They had a different version.  May have

23   followed federal law instead of California State law,

24   but yes.

25   Q      And then has only just been recently added to

1    A    Not from those companies, we took over their

2    territories.

3    Q    Right.  And was that with Comcast?

4    A    Yes.

5    Q    And I would expect that required increased

6    staffing of technicians?

7    A    That's in the number I already gave you.

8    Q    Got it.

9    A    So and just for the record, Maz-Tech pulled

10   out of California, no longer working with Comcast on

11   the installation.  Inconnect lost their contract so we

12   took over that area.  We were awarded the contracts for

13   that area.

14   Q    With Comcast?

15   A    Correct.

16   Q    Okay.  Going back to the time cards, billing

17   sheets, cover sheets, which you would consider all to

18   be the same document?

19   A    Yes.

20   Q    Okay.  The hard copies, I think you said, are

21   housed at the individual shops?

22   A    For the most part, yes.

23   Q    Okay.  Are they scanned in and maintained

24   electronically?

25   A    No.

1    Q        The information contained within the
2    documents is entered into the database; is that right?
3    A        Correct.
4    Q        Okay.   And that's been the case going back to
5    2014?
6    A        Yeah.
7    Q        And who enters that information?
8    A        Denae's group.
9    Q        Okay.   And how do the time sheets or those
10   documents, time sheets, billing sheets, cover sheets
11   make their way to Denae?
12   A        We're assigned work from Comcast.   Our
13   technician goes out to that work.   He records that work
14   on his work orders, on his daily sheet, whatever you
15   want to call it, time card, daily sheet, so on and so
16   forth.

        Normally, there's a copy of that work order.
17
18   At that time it goes to the supervisor.   Goes from the
19   supervisor to Denae's group.   Denae's group corrects
20   it, matches it with what we call a reverse invoice from
21   Comcast.

        If there's something that's questionable that
22
23   they use the wrong code or didn't use, let's just say
24   they used the name correct code, it's changed on both
25   sites.   It's inputted, and then from there it goes from

1   her group to Sabrina's group.   That's the 10,000-foot

2   easy view.

3       Q     And that's been the practice going back to

4   January 2014?

5       A     I can't say January 2014.

6       Q     Some point in 2014?

7       A     Yes.   It would have been really similar.   I

8   believe it's sometime in January.   I think it's

9   sometime in 2014 they were strictly hourly, so the

10  production part, the billing code part would have had

11  nothing to do with the tech.   It would have just been

12  their hours.

13          They were probably required to do the same

14  sheet or a version of that same sheet but it didn't

15  matter about their billing codes.

16      Q     And didn't impact their payroll?

17      A     Correct.

18      Q     So at some point, all of the technicians in

19  the country were just simply paid hourly?

20      A     Yes.   At some point, and I don't remember the

21  exact dates on that, but I know in 2014 I switched to

22  the way we -- that the technician is currently paid

23  now.

24      Q     You changed to piece rate?

25      A     Yes.   We went from piece rate to hourly back

1    to this version of piece rate.  So what you have,

2    you're not just paid piece rate, you're also paid

3    miscellaneous time.

4        Q    We'll come back to all that.

5        A    Okay.

6        Q    So 2014, January 2014 through the present,

7    the tech's were at some point in 2014 paid just hourly?

8        A    I believe so.  I'd have to check.  I don't

9    recall the exact time.

10       Q    Okay.  And when they changed from hourly,

11   they switched over to the compensation that's still

12   being used today?

13       A    Correct.

14       Q    And that's, you and I will talk in painful

15   detail about that soon.

16            But that involves piece rate plus payment for

17   miscellaneous time worked?

18       A    Correct.

19       Q    And that's all tech's throughout the country?

20       A    Correct.  Negative.

21       Q    Negative, what's negative about that?

22       A    Florida was paid according to federal, so

23   there was no miscellaneous time in 2014.  And then once

24   again, we'd have to check on the date on that.  I know

25   they at some point were, but then we moved to the

1    federal statute.   So I'm not sure about what the date

2    is on that.

3       Q      Okay.   The compensation system for the tech's

4    throughout the country was the same except any

5    differences that existed state by state under federal

6    or state law?

7       A      Correct.

8       Q      Is that fair?

9       A      Excluding Washington, Oregon and Utah.   They

10   were based off a point system.   So you have to set that

11   aside for March 1st to June 26th, 24th, I don't know

12   the exact dates.   But you'd have to set it aside.   They

13   were paid a similar way, but we'd have to get to how

14   they were actually done, how their points were

15   converted.

16      Q      And I think you told me earlier that you're

17   probably not the most knowledgeable on that point

18   system?

19      A      That part I'm not.   That, I am not.

20      Q      Reggie?

21      A      That would have to be Reggie.

22      Q      Okay.   So you and I won't get into that

23   today.

24      A      Yeah, that's --

25      Q      So setting aside the northwest and the point

1  system, the tech's throughout the country have been

2  paid, have been compensated the same with some tweaking

3  depending on the state or federal law that applies in

4  the state; is that fair to say?

5      A      Their calculations have been close to the

6  same, but their units or their production rates would

7  have varied by individual areas and contracts.

8      Q      Workflow?

9      A      Yes.

10     Q      Setting that aside, I'm just talking about

11 the bigger picture right now.

12     A      Yeah.

13     Q      The compensation system has been the same for

14 the tech's in California and in Florida, although

15 calculations may vary depending on state and federal

16 laws that govern those states?

17     A      Yes.

18     Q      That's been the case going back to 2014?

19     A      Yes.

20     Q      Okay.   The northwest is slowly or has slowly

21 been brought over to that same system, compensation

22 system for all the tech's?

23     A      Yes.

24     Q      But that's relatively new, end of June 2017?

25     A      Yes.

1    Q      Okay.  Prior to that, it was a point system?

2    A      For the northwest.

3    Q      Exactly.

4    A      Yes.

5           MS. COTTRELL:  Does somebody have the time?

6           MS. BLACKBURN:  It's 12:17.

7           MS. COTTRELL:  Why don't we go off.

8           THE VIDEOGRAPHER:  Okay.  The time is 12:18

9    and we are off record with Tape 1.

10          (Recess taken)

11          THE VIDEOGRAPHER:  Okay.  The time is 12 --

12   excuse me.  Okay.  The time is 12:31 and we are back on

13   record with Tape 2 in the Deposition of Larry Wray.

14   BY MS. COTTRELL:

15   Q      Mr. Wray, before the company started to

16   transition over using this timekeeping app, all of the

17   locations throughout the country, setting the northwest

18   aside, use manual time sheets, billing records, et

19   cetera; correct?

20   A      Correct.

21   Q      Do you know how the northwest did it?

22   A      I believe he's used the time card app, their

23   version of the time card app for the last few years.

24   Q      So same system, although it has variation

25   based on state and federal law?

1      A      That, I can't speak to.

2      Q      Got it.  And the time sheet, billing record

3  document that the technicians use, has it been the same

4  document, same document, same form used throughout the

5  country?

6      A      Ask that again.

7      Q      Sure.  Is the same form used back -- strike

8  that.

9             Back when manual time sheets were used, was

10 the same document, you know, identical form used

11 throughout the country?

12     A      No.  They could have used their version.

13 Since one tracks miscellaneous time, the other one

14 doesn't, they would have used one that didn't, but that

15 doesn't necessarily mean that it didn't get crossed

16 somehow and they've used the wrong sheet.

17     Q      Okay.  How many versions of the time sheets

18 have you seen?

19     A      Well, there's, I believe there's two.

20     Q      And the difference between the two is one

21 includes miscellaneous time; correct?

22     A      Correct.

23     Q      And the other one does not?

24     A      Correct.

25     Q      Okay.  So just two versions of the

1  timekeeping documents used 2014 through the present?

2     A     From what I can recall, yes.

3     Q     Okay.   And all the tech's in California use

4  the same manual timekeeping record?

5     A     They should be, yes.

6     Q     Okay.   And that was the expectation; right?

7     A     Yes.

8     Q     Okay.   All of the California technicians 2014

9  through now have been paid this piece rate plus

10  miscellaneous pay?

11     A     Correct.

12     Q     Okay.   And all of the Florida technicians,

13  the expectation is that they would use the sheet that

14  did not include the miscellaneous pay since they

15  weren't paid that?

16     A     Correct.   With the side note of that depends

17  on when they went from the California way to the

18  federal way in Florida.

19     Q     Okay.   And I don't think you knew when that

20  was; is that right?

21     A     I don't know the exact date, yeah.

22     Q     How about the year?

23     A     I can't recall.   We've added so much, it's

24  we'd have to go back and look.

25     Q     Okay.   And when you say the California way to

1    the federal way, what do you mean?

2        A     California states that you have to capture

3    that miscellaneous time and pay it at a separate rate.

4    Federal does not.  And Florida follows the federal.

5        Q     At some point the Florida technicians, you

6    were tracking their miscellaneous pay?

7        A     Started off the same way as we did in

8    California, correct.

9        Q     Got it.  Do you know when that was?

10       A     Whenever we started there.  Like I said, I

11   think we were there four years, so...

12       Q     So let me just make sure I'm clear.

13             Tracking time, California and Florida's time

14   was tracked the same way at least when the company

15   acquired Florida?

16       A     When we started our contracts there, yes.

17       Q     Okay.  And the projects and miscellaneous pay

18   was being tracked?

19       A     Correct.

20       Q     And then at some point the Florida time

21   records stopped tracking miscellaneous pay?

22       A     Correct.

23       Q     And as you sit here today, you can't recall

24   when that was?

25       A     I want to say 2015, but I can't say that with

1    any accuracy.

2        Q     Okay.  I don't want inaccurate responses.

3    Okay.

4              So consistent with California at one point,

5    then switched over to federal, so took out

6    miscellaneous pay, and you don't recall when it was?

7        A     No.

8        Q     Is that accurate what I just said?

9        A     That is accurate.

10       Q     Okay.  Thank you.  We started off this line

11   of questioning talking about sort of the process the

12   technicians go through in terms of the time sheets.

13             And you started off telling me that the

14   technicians are assigned work from Comcast?

15       A     From an automated system, yes.

16       Q     Okay.  Explain that system to me if you

17   could.  Simplify it.

18       A     They call it dynamic dispatch.  Now depending

19   on, like I said before, whenever that dynamic dispatch

20   went into effect, we either had our dispatch assign the

21   work to them and that was partly sometime in 2014,

22   2015.

23             When they went to the dynamic way, what it

24   does is we load our technicians in saying, hey,

25   these -- this is our staff for the day.  And their

1    Pay Tech, Tech Net, whatever, one of those methods.

2        Q      Right.

3        A      He closed it.  When they send us that report,

4    what we do at that time is take his work orders along

5    with his time card, because that's what we're calling

6    it.

7        Q      Yes.

8        A      Along with his time card, and we look for

9    every single one of those jobs.  We take every work

10   order and line it up to every one of those invoices

11   that Comcast said that we did or didn't do.

12       Q      On the reverse invoices?

13       A      On the reverse invoice.  If there's a

14   discrepancy, let's say if the work order says it's

15   still only one TV but on that work order we can see two

16   pieces of equipment, two cable boxes were installed, we

17   know by the customer signature that the Pay Tech should

18   actually say that, the reverse invoice.

19           So if the reverse invoice does not say that,

20   we correct that, or we correct the time, whatever one

21   was correct, and then we send that back.  Once that's

22   done, we take his time card and that Pay Tech sheet or

23   his dailies --

24       Q      Wait.   Wait.   The reverse invoice, I'm sorry

25   to interrupt you but I want to make sure we're talking

1   about the same thing.

2           When you say the Pay Tech sheets, you're

3   talking about the reverse invoice?

4     A     Yes.

5     Q     Okay.  Keep going.

6     A     When these all three now match, then we take

7   his time and those billing codes and put them into our

8   billing program, the XL billing program.

9     Q     The one you developed?

10    A     Yes.

11    Q     And who enters the information?

12    A     Denae's team.

13    Q     They do that every day?

14    A     Every day, yeah, just about.

15    Q     Okay.  And this system's followed for all

16   tech's?

17    A     All tech's.

18    Q     That's been the case going back to how long,

19   2014?

20    A     Yes.

21    Q     Okay.  You mentioned when the comparisons are

22   all done, what you said was they correct the time?

23    A     No, I didn't.  I said they correct the job,

24   the job numbers.  So if this job number said I did one

25   TV, work order says I did two, Pay Tech says I do two,

1    then I correct the billing codes.

2        Q      No, I understand that.  I think maybe you

3    just slipped and --

4        A      They correct the billing codes.

5        Q      So time is not being corrected?

6        A      Time has nothing to do with it.  The time is

7    what he logged in and out of his job with on his time

8    card.

9        Q      Okay.  And then this is entered into the

10   Excel database?

11       A      We call it the payroll program.

12       Q      The payroll program.  And the hours, the

13   tech's hours are entered as well?

14       A      Correct.

15       Q      And the hours that are entered are used to

16   help determine rates of pay?

17       A      Yes.

18       Q      And that's been the case going back to 2014?

19       A      Yes.

20       Q      All tech's?

21       A      Yes.

22       Q      Okay.  Earlier you had walked me through this

23   process and you had mentioned, we were talking about

24   getting the time cards, well sort of walking through

25   assignment of work and then time cards being submitted

1    Q    I'm still talking manual.  So I just want to

2   make sure I understand.

3         So the supervisor/manager scans, hand

4   delivers the time cards to Denae or you said scans them

5   in, what does that mean?

6    A    Well, if you look at let's say Chico, we

7   don't have somebody drive an hour out of the way, they

8   get turned in, they'll take those, scan them to Denae's

9   team, and then later on they'll get delivered.  So they

10  can start their corrections and everything and not wait

11  on the paperwork.

12   Q    Corrections, again, you're talking about the

13  pay?

14   A    Correct.

15   Q    Or the job quotes and all that?

16   A    Correct.

17   Q    No time corrections are happening at that

18  point?

19   A    Well, there can be -- normally typically not.

20  But if somebody doesn't put in their time, let's say

21  they didn't put in their start time, absolutely.  Those

22  will go back depending on where and when and how, they

23  verify the start times.

24        They'll normally do that, attach that time

25  card with the original time card so you've got a before

1    Q    I don't.  I am just talking about same basic

2  information?

3    A    Has the same concept, yes.

4    Q    Right.  Right.  Is there ability to enter a

5  drive time?

6    A    Yes.

7    Q    Miscellaneous time?

8    A    Miscellaneous time is defined and not limited

9  to shop time, meeting times, door tech's, Code J's.

10  Anytime that you are not at a customer's house doing

11  production is considered miscellaneous time.

12    Q    A few minutes ago you were talking to me

13  about the process followed if somebody enters the

14  inaccurate time or misses a time on their manual time

15  sheets.

16    A    Uh-huh.

17    Q    Denae catches those or her group?

18    A    Yeah.  Somebody normally in that group

19  catches those, yes.

20    Q    And do they get the supervisor involved or

21  does Denae in her group reach out to the tech directly?

22    A    Both.  Just depending on whatever is more

23  convenient at that given time.

24    Q    Okay.  And if corrections are made to time,

25  are initials entered to show who did it?

1    we can see that it canceled and rescheduled, but now

2    from 4:00 to 4:20 is now 20 minutes of miscellaneous

3    time.

4         Q     So they're doing all this manually?

5         A     Yes.  Now that's what the new app does.  It

6    automatically does it formed so there's --

7         Q     Takes out the human error?

8         A     Absolutely.

9         Q     So the round numbers for drive time in the

10   two pages you and I were just looking at, page 6 and

11   page 7, 5 and 10 minutes, and then I guess this says 25

12   minutes, are the technicians instructed that they will

13   only be reimbursed for drive time up to 10 minutes in

14   between projects?

15        A     No.

16        Q     No?

17        A     No.

18        Q     They're compensated for all of their drive

19   time when they're driving between customers?

20        A     They're compensated for all time that they

21   are not on a job using billing codes, period.  So if I

22   clock in at 7:00 and I clock out at 5:00 p.m. and I

23   don't do anything except drive in a circle all day, I'm

24   compensated miscellaneous time from 7:00 a.m. to

25   5:00 p.m. whether I did a billing code, a job, any of

1    that.

2    Q    What rate are you paid if you are --

3    A    Depends on --

4    Q    -- just driving in your car all day, not --

5    A    Depends on what location you're at.

6    Q    What does that mean?

7    A    Every city in California has a different

8    minimum wage.  We have a different base rate.  So

9    depending on what the minimum wage is can determine

10   what our minimum base rate is.

11   Q    Is the minimum base rate whatever the minimum

12   wage is --

13   A    Not necessarily.

14   Q    -- in that location?  Okay.

15        Is there a rate sheet that I could look at to

16   figure out what technicians are earning per hour for

17   miscellaneous work?

18   A    It's a little proprietary, but we could --

19   you'd have to look in my programs.  It is a set number

20   inside those programs.

21   Q    And what are they a function of?

22   A    As far as?

23   Q    How you come up with the numbers?

24   A    By doing budgeting.

25   Q    Okay.

1      A      Calculations, hours.   It's not necessarily if

2  a tech didn't automatically do that, the program, let's

3  say just for giggles the base rate was $10, let's just

4  say that.   But I'm working in Concord where minimum

5  wage is 11, and I didn't do a darn thing all day.   The

6  miscellaneous time only pays them 10.

7           Then what happens is is it puts, sends up a

8  red flag in the program and the program turns around

9  and pays him $11 an hour.   So no matter what, the tech

10  will always make minimum wage if he didn't do anything.

11     Q      And I'm sorry, in your example you said

12  Concord has a minimum wage of $11?

13     A      I'm just using that as an example.

14     Q      No, I know.   But I'm trying to figure out

15  your example.

16     A      So if he had eight hours at $10, $10 the

17  miscellaneous rate, let's say that miscellaneous rate

18  was $10, it paid him 80.   The program says, huh-uh,

19  minimum wage in Concord is $11 an hour, so it truly

20  pays him $88 for the day instead of 80.

21     Q      What's the default miscellaneous hourly rate

22  of pay for the technicians?

23     A      It depends on what location you're in.

24     Q      I understand.   But you said it starts at one

25  and then a red flag goes off, then it adjusts per

1   location?

2   A       Your base rate or your miscellaneous rate is

3   not the same in Concord as it is in Sacramento.

4   Q       Why not?

5   A       Two different hourly rates.  So depending on

6   what the minimum wage is depends on what we said our

7   base rate is.  You asked me is that always minimum

8   wage, no, because I'm sure there's one time it wasn't.

9   But that doesn't mean the program does not compensate

10  for that to make sure the tech always makes at least

11  minimum wage.

12  Q       What's the formula that you use when

13  determining the hourly rate for the miscellaneous?

14  A       You'd have to get into the program.

15  Q       Okay.  And these are formulas that you

16  entered?

17  A       Yes.

18  Q       Looking at HOLMES 6 and 7, sorry, job number

19  on page 6, various codes under job number.

20          That's identifying the specific project

21  assigned; is that right?

22          760156 is the one at the top?

23  A       Uh-huh.

24  Q       Okay.  And then it says, what, P1 filter?

25  A       That doesn't really mean anything.  What we

1   in Washington.  That's where we referred to earlier.

2       Q      Yep.  How many people are dedicated to the

3   California technicians?

4       A      Twenty, probably close to 20.

5       Q      Okay.

6       A      Fifteen to 20.  Let's just -- in there.

7       Q      Okay.  Looking at HOLMES 10, it says start

8   time 7:00 shop, end time at the bottom, 9:20.

9              Looks like that's 9:20 p.m.; is that fair to

10  assume?

11      A      I would assume.

12      Q      Okay.  So your testimony is that Mr. Holmes

13  would have been paid from 7:00 a.m. to 9:20 p.m. this

14  day?

15      A      Correct.  He notated two lunch periods.

16      Q      7:00 to 9:20, minus an hour because lunch

17  breaks are unpaid; correct?

18      A      Correct.

19      Q      So minus 60 minutes.

20             How much of his pay would have been

21  miscellaneous pay that day?

22      A      Once again, I'd have to go back and refer to

23  the program.  I didn't personally add these up, so...

24      Q      Okay.  And these individuals when they're

25  entering the information into the database, are they

1        So if he was, let's just say he was $8 for

2   40 hours, would have paid that, then would have done

3   $12 of OT.

4      Q     Hold on.  I just want to make sure I

5   understand your formula.

6            When determining hourly rate for the

7   technicians, the formula is total amount earned piece

8   rate?

9      A     No.

10     Q     No?

11     A     Piece and miscellaneous.

12     Q     Hold on.  I'm not there yet.  I'm walking

13  through each step.

14     A     Okay.

15     Q     First step is total amount earned through a

16  piece rate?

17     A     Is that a question?

18     Q     Yes.

19     A     So what's the question?

20           MS. BLACKBURN:  I'll object to the extent

21  it's vague.

22  BY MS. COTTRELL:

23     Q     I'm just figuring out formula.  Trying to

24  wrap my head around the formula to determine hourly

25  rates since it appears that they fluctuate all the

1  time.

2         So step one in the formula is total piece

3  rate amounts?

4     A     No.

5     Q     Okay.   What is it?

6     A     Step one is total miscellaneous time amount.

7     Q     Okay.   Step two?

8     A     Total piece rate amount.

9     Q     Step three.

10    A     Add it together.

11    Q     All right.   Step four?

12    A     Divided by the total number of hours worked.

13    Q     Step five?

14    A     That gives you your regular time, hourly

15  rate, your overtime hourly rate, your double time

16  hourly rate, and then if you have 40 hours, it's timed

17  the regular rate times 40.   The overtime rate times the

18  overtime rate hours, same with double.   It's all added

19  together, that's what it should equate to.

20    Q     And that is how the technicians have been

21  compensated since 2014?

22         MS. BLACKBURN:   I'm going to object to the

23  extent it's overbroad.

24         MS. COTTRELL:   Why?

25         MS. BLACKBURN:   I believe it's calculated

1    differently depending on the state.  I could be wrong.

2    So, all the tech's compensated in the same way, I think

3    it's overbroad.  I get the gist of your questions.

4    BY MS. COTTRELL:

5        Q     So the tech's that did not receive

6    miscellaneous pay, is the formula the same minus the

7    miscellaneous pay part of the formula?

8        A     Yes.

9        Q     Okay.  The tech's that receive miscellaneous

10   pay, that is the formula that was used going back to

11   2014?

12       A     Yes.  If, like I said before, there might

13   have been a little bit of that, that was hourly in that

14   2014.

15       Q     Right.  You told me that.

16       A     If excluding that from that, whatever that

17   portion changed to this, yes.

18            MS. COTTRELL:  All right.  And why don't we

19   take a break for a few minutes.

20            THE VIDEOGRAPHER:  The time is 2:43 and we

21   are off record.

22            (Recess taken)

23            THE VIDEOGRAPHER:  Okay.  The time is 3:02

24   and we're back on the record.

25            MS. COTTRELL:  Let's mark another exhibit.

1    you're in the valley, it's paid out in one rate, if

2    you're in the bay, it's paid out another rate.

3        Q     The unit price?

4        A     The unit price.  Different contracts,

5    typically different area.

6        Q     Right.  So I would look at the contract to

7    see the amount, I'd look at your database to figure out

8    the unit price that O.C. Communications came up to

9    verify these numbers?

10       A     Correct.

11       Q     Got it.  And I'd look at the time period

12   during which the contract was in effect?

13       A     Correct.

14       Q     Got it.  And looking at since we're looking

15   at NAVARRO 7, you had walked me through earlier how the

16   tech's compensation is determined, you said step one,

17   miscellaneous pay.

18             Where is that reflected on this chart?

19       A     It says piece and/or total miscellaneous

20   hours paid in dollars.

21       Q     And you're looking at the --

22       A     $100.

23       Q     Right side, right.  The small box on the

24   right side, top?

25       A     Correct, the second box down.

1    Q    Okay.  And that number was determined how?

2    A    By whatever they put in to the payroll

3    program that his miscellaneous time was.  So let's

4    assume it was an hour and it was $100 for the hour and

5    that's what I paid him.

6    Q    Okay.  And this is all of the entry that

7    Denae's team's doing?

8    A    Correct.

9    Q    But there's no way to verify who is entering

10   this information for each time sheet because they don't

11   initial them?

12   A    Correct.

13   Q    Okay.  When they're entering the information,

14   is there a note taken about who the entry person is?

15   A    No.

16   Q    Data entry, okay.  So there's just no way to

17   track who did it?

18   A    Well, we know who worked and who had which

19   team so we could tell you pretty close, if not to the

20   date of which person did it.

21   Q    Okay.  One of the purposes for bringing in

22   the timekeeping app, I'm assuming, please tell me if

23   I'm incorrect, is to cut down on the errors caused by

24   humans?

25   A    No.

1    Q      It's not?

2    A      It's to make it more searchable so that when

3  we get into these situations, I don't spend 40 hours to

4  pull one person's paperwork to show that you we paid

5  them correctly.

6    Q      Got it.  Do you know how miscellaneous time

7  is coded on this document or is that something that you

8  would defer to payroll?  And I'm looking at NAVARRO 7.

9    A      Once again, it's done in the program.  So

10  you'd have to go to the program to figure out what the

11  wage was for miscellaneous time to determine what the

12  $100 was.

13   Q      Did the employees have access to the program?

14   A      No.

15   Q      How do the employees get that information if

16  they want to verify that they were paid correctly?

17   A      They use their time card, they get a copy of

18  this sheet 07 that you have, and on a lot of them,

19  you'll see they just sign them.  We used to make them

20  sign every single one.  At any given time, they can

21  request this sheet.

22   Q      Which?

23   A      The 07.

24   Q      Uh-huh.

25   A      And we can print it off.

1    Q      Okay.

2    A      But this sheet 07 should match NAVARRO 06

3  every single time, which should, in return, match their

4  time card.

5    Q      But the tech's never get to go into the

6  system or see any documents that show what Denae's team

7  has been entering for miscellaneous time; is that

8  right?

9    A      Yes, they have their copy of their time card.

10 They can see their time card.  So they have their time

11 card, whatever that time card final number was

12 miscellaneous time.  They also know by here whatever

13 that miscellaneous rate was.

14   Q      Give me a Bates.

15   A      07.

16   Q      Okay.

17   A      Halfway through the page where it says total

18 miscellaneous hours in piece, they know whatever that

19 base rate was at that time, if they had an hour and it

20 was $100, they know that they got paid that and their

21 miscellaneous time.

22   Q      Okay.  Going back to the compensation, you

23 and I have talked about the miscellaneous time.

24        Total piece work, these varied unit prices

25 are added up to determine the amount owed for piece

1   work?

2      A     Yes.  So at the top you have total piece

3   work.  If you take everything that's in column 3, if

4   you're going from the left side over, add those

5   together.

6      Q     Under unit price?  I'm sorry.

7      A     Under unit price.  It should come up to the

8   column that says total piece work, 496.49.  So you take

9   the 496.49 plus the box below it, total miscellaneous

10  hourly pay which gets you to the 596.49.

11     Q     Right.

12     A     You divide it by the total hours and your

13  hourly rate then becomes 15.36, 23.04 for your OT, and

14  whatever your double time is.  And then that, plus you

15  add 36.67 times 15.36.  Then you add OT of 2.17 times

16  23.04.

17     Q     Okay.  That's how the California tech's are

18  paid?

19     A     Yes.

20     Q     And the only difference for the Florida

21  people was there was no total miscellaneous hourly pay?

22     A     At some point the miscellaneous went away,

23  whatever that timeline was.

24     Q     Got it.

25     A     And just one more in note.  NAVARRO 7 as

1    Q      Okay.  So we've just walked through how you

2    determined the hourly rate.  Okay?

3    A      Right.

4    Q      Okay.  So for miscellaneous work, so drive

5    time, it's paid at 15.36 an hour?

6    A      No.

7    Q      It's not?

8    A      No.

9    Q      So it's a lower hourly rate for?

10   A      For miscellaneous time.

11   Q      And that is all set up in your program?

12   A      Correct.

13   Q      It varies, I think you told me by location,

14   you need your program to figure out what that rate is?

15   A      I'd have to see what that rate was because I

16   can't even tell you where NAVARRO actually was.  Was he

17   in the bay, was he -- where did he actually work.

18   Q      Got it.  Looking at his time sheet on NAVARRO

19   6, can you tell what his miscellaneous hourly rate is?

20   A      No.  That's the summary of what this is, what

21   NAVARRO 7 is.  So NAVARRO 7 just repeats what --

22   NAVARRO 6 just repeats what NAVARRO 7 is if that is the

23   correct one that goes with this sheet which I'm not

24   sure.

25   Q      So a technician can't look at their wage

1    statement and determine by looking at it how much

2    miscellaneous time they were paid for?

3       A      Absolutely.   They did their time card.   They

4    have a copy of their time card.

5       Q      I'm talking about the wage statement.   You

6    can't look at it and determine by looking at the face

7    of it how much miscellaneous time they were paid for?

8       A      No, because they're paid hourly.   It's an

9    hourly conversion.

10      Q      And looking at the wage statement, a

11   technician isn't able to determine what the rate of pay

12   is that they're being paid for miscellaneous work; is

13   that right?

14      A      Which one are you referring to?   Which

15   document?

16      Q      I'm just right now, I have NAVARRO 6 in front

17   of me.

18      A      On NAVARRO 6?

19      Q      Yeah.

20      A      No.

21      Q      No what?

22      A      No, they wouldn't know what their

23   miscellaneous time is by looking at NAVARRO 6.

24      Q      Got it.   They'd have to go back, I think you

25   told me, look at time sheets?

1    A    Yeah.  They'd have to go to NAVARRO 7 and

2    turn around and say and their time card that they

3    filled out and just say, okay, it's, if I work ten

4    hours, miscellaneous time was ten and I had ten hours

5    worth of miscellaneous time, it's $100.  They know what

6    the base rate is.

7    Q    Okay.  They know what the miscellaneous rate

8    is?

9    A    The base rate, yes.

10   Q    Wait.  Wait.  The base rate?

11   A    Is miscellaneous.  The base rate is

12   miscellaneous.

13        MS. BLACKBURN:  And I'm going slow you down

14   because she can't take down both of you at the same

15   time.  So just wait for her to ask the question and

16   then respond.

17   BY MS. COTTRELL:

18   Q    Okay.  And looking at the wage statement

19   NAVARRO 6, the technician cannot determine what the

20   miscellaneous rate is; correct?

21   A    No.

22   Q    That's not correct?

23   A    No, that is correct.

24   Q    Okay.  And how do the technicians know what

25   the miscellaneous rate is?

1    and we are off record with Tape 2.

2            (Recess taken)

3            THE VIDEOGRAPHER:   The time is 3:45 and we

4    are back on the record with Tape 3 in the Deposition of

5    Larry Wray.

6    BY MS. COTTRELL:

7        Q    Mr. Wray, California technicians, what's the

8    company's policy about payment of overtime?

9        A    To pay according to California law.   So

10   anything after eight hours in a day.

11       Q    Is paid at what rate?

12       A    Time and a half.

13       Q    Okay.   How about double time?

14       A    It would be anything, I believe, after 12, I

15   believe it is, paid at double regular time.

16       Q    That's been the policy 2014 through the

17   present?

18       A    Yes.

19       Q    Florida technicians, what's the company's

20   policy about paying them?

21       A    Same thing.   So if you took their piece rate

22   divided by their total hours, let's say that came out

23   to $10, and anything after 40 hours in a week would

24   have paid them OT because there's just 40 in a week,

25   not eight and a day.   So paid them $15 an hour at OT

1    A    That has nothing to do with O.C.  If Comcast

2  charges you the customer or not, we still bill for what

3  we did at the customer's house.

4    Q    So paid according to the rate sheets?

5    A    Correct.

6    Q    It would be coded?

7    A    It would be coded.

8    Q    It would be coded by however the project was

9  coded?

10    A    Correct, depending on what services we

11  installed at your house.

12    Q    Got it.  Have you ever seen any job

13  descriptions for the technicians?

14    A    Yes.

15    Q    Where are those maintained?

16    A    Have to refer you back to HR.

17    Q    And is there one job description for all

18  technicians?

19    A    I believe there's three because it varies

20  between commercial, alarm and residential.

21    Q    The duties are different?

22    A    They somewhat vary, yes, like an alarm tech,

23  you have to have an alarm license so that would be part

24  of that requirement.

25    Q    The general, the basic core group?

1    A    The basic core is the same.

2    Q    The core duties are the same for all three?

3    A    Yes.

4    Q    And that's been the case 2014 through the

5    present?

6    A    Yes.

7    Q    And that's been the case regardless of what

8    state you work in?

9    A    Yes.

10   Q    Okay.  Are all technicians classified as

11   non-exempt employees?

12   A    I believe so.

13   Q    Are there any 1099s?

14   A    Not the employees who work for O.C.  We use

15   subs, a subcontractor, and I can't speak for them.

16   Q    Okay.  You don't do that in California, do

17   you?

18   A    Yes, right now I do.

19   Q    Do technicians receive salary?

20   A    No.

21   Q    Never have 2014 through the present?

22   A    Not that I recall.

23   Q    Okay.  Day rate pay?

24   A    No.

25   Q    2014 through the present, never have?

1    off.

2         A    That could be, looks like they made up two

3    hours at the top.  See where it says 2?  So it looks

4    like maybe they, for some unknown reason, because the

5    other one says 40 and then it says 39.  So it looks

6    like they went back and had to pay them the difference

7    of the two hours.

8         Q    Okay.

9         A    Because if you had the hours together, the

10   hours added together comes out correctly.

11        Q    Right.

12        A    So somehow they missed the two hours and they

13   went back in and paid the two hours at 15-something an

14   hour, looks like.

15        Q    Well, you can't tell from this document other

16   than the total amount what the rate of pay was, right,

17   you're doing the 31.21 divided by 2?

18        A    Yes.

19        Q    And then looking at NAVARRO 8, hourly rate

20   $14.37 for 40, which was the second hour, that looks

21   like it was mixed?

22        A    Correct.

23        Q    So looking at these three documents, you

24   can't tell me whether these are the appropriate sheets

25   that match up to the pay periods for which Mr. Navarro

1   was paid in end 6; is that right?

2       A       Not without looking at the program.  I would

3   assume they are but that one that says 2/20, unless

4   they forgot to change the end date, if you see the

5   second one NAVARRO 8, it says 2/27.

6       Q       Uh-huh.

7       A       Let me restate that.

8       Q       Okay.

9       A       Back here, they went from the beginning to

10  the end of the pay period.

11      Q       Back here, where, what are you looking at?

12      A       In 2016.

13      Q       What are you --

14      A       So they could have the right date.  That

15  could be 2/14, dash, 16 to 2/27, dash, 16.

16      Q       Okay.

17      A       Like I said, I'd have to validate that off

18  the program.  But the more I look at it, yes, I'd

19  assume that these go with this.

20      Q       In NAVARRO 7 and 8, work --

21      A       Does go with NAVARRO 6.

22      Q       Okay.  And hard copies are given to all of

23  the technicians of hard copies of these documents,

24  examples of which are NAVARRO 7 and 8?

25      A       Yes.

Page 184

1    Q    Are they allowed to keep them?

2    A    Oh, absolutely.  We consider it part of their

3    pay stub.

4    Q    So they get it with their payroll check?

5    A    No.  It's handed out separate because they

6    can't print all this onto this, so...

7    Q    And I think what you said it was given in

8    advance of payroll so that O.C. Communications could

9    bill Comcast?

10    A    Yeah.  So week one, this is done in two

11    different payroll programs for this check.

12    Q    Tell me what you mean by that.

13    A    So this was done week one, so it would have

14    been done by --

15    Q    Give me a Bates number.

16    A    NAVARRO 7 was done week one.  So by Wednesday

17    or Thursday, they would have this copy.

18    Q    NAVARRO 7?

19    A    NAVARRO 7.  The following week they would

20    have got this one because we're in week two, so when

21    week three came before payroll, they would have got

22    this one.

23    Q    NAVARRO 8?

24    A    NAVARRO 8.  And if they had any questions or

25    concern, they would just identify whatever that issue

1    was, bring it back so we can correct it.

2        Q    And then the check's issued?

3        A    To make sure the check was issued correctly.

4        Q    And that's NAVARRO 6?

5        A    Correct.

6        Q    Okay.  And who do they bring those concerns

7    to?

8        A    Normally their supervisor or manager.

9        Q    And would there be any documentation in the

10   system if there were any issues?

11       A    No.  It would be normally written on one of

12   these, redone and then a new check or a separate check

13   would have been cut.

14       Q    Okay.

15       A    Like in this case, the hours, somehow they

16   audit it or somehow they caught the two extra hours and

17   that's hence why they put the two extra hours on there.

18   Looks like they did it at the higher rate at the

19   15-something versus the 14.  So in this case he came

20   out ahead.

21            MS. COTTRELL:  Okay.  All right.  I don't

22   have anything further.  We may meet again at some

23   point.  This was a limited-purpose deposition but I

24   appreciate your time today.

25            THE WITNESS:  Thank you.

1                              --oOo--

2          I, Amy E. Perry, a Certified Shorthand

3    Reporter of the State of California, duly authorized to

4    administer oaths, do hereby certify:

5    That I am a disinterested person herein; that the

6    witness, LARRY WRAY, named in the foregoing deposition

7    was by me duly sworn to testify the truth, the whole

8    truth, and nothing but the truth; that the deposition

9    was reported in shorthand by me, AMY E. PERRY, a

10   Certified Shorthand Reporter of the State of

11   California, and thereafter transcribed into

12   typewriting.

13   Dated: 7/12/17

14                    _____

                          AMY E. PERRY, CSR 11880

15                             --oOo--

16

17

18

19

20

21

22

23

24

25