UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIDERO SOTO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>O.C. COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 17-cv-00251-VC<br><br>**ORDER RE: CONDITIONAL CERTIFICATION AND PROPOSED NOTICE**<br><br>Re: Dkt. No. 128 |

    1. All opt-in consent forms must be filed with the Court no later than 90 days after the notice is sent out.

    2. The proposed notice and opt-in consent form are approved, subject to the following modifications:

    a. Counsel must correct the case number on the first page of the proposed notice.

    b. Counsel must revise the following paragraph as follows:

Proposed Language: "This form must be returned in sufficient time to have Plaintiffs' counsel file it with the federal court on or before INSERT DATE. If you fail to return the "Opt-In Consent Form" to Plaintiffs' counsel in time for it to be filed with the federal court on or before the above deadline, you may not be able to participate in these claims under the FLSA."

Revised Language: "The Opt-In Consent Form should be sent to the above address by no later than [75 DAYS AFTER NOTICE IS SENT]. If you fail to return the Opt-In Consent Form to the above address by [75 DAYS AFTER NOTICE IS SENT], you may not be able to participate in these FLSA claims."

    c. Counsel should change the following language on page three: "Counsel for the Named Plaintiffs are" to "The attorneys for the Plaintiffs are." Counsel must also add an additional heading on page three of the notice, in between the contact information for the

Plaintiffs' and the Defendants' counsel. This heading should state: "**IX. <u>ATTORNEYS FOR O.C. Communications, Inc.</u>**"

3. Plaintiffs' counsel shall submit a copy of the revised notice and opt-in consent form, and a description of their plan to distribute the notice and opt-in consent form, by Wednesday, September 5, 2017.

**IT IS SO ORDERED.**

Dated: September 1, 2017

_____
VINCE CHHABRIA
United States District Judge