BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200
Fax No.:        916.561.0828

JEFFREY J. MANN, Bar No. 253440
jmann@littler.com
LITTLER MENDELSON, P.C.
TREAT TOWERS
1255 Treat Blvd., Suite 600
Walnut Creek, CA  94597
Telephone:    925.932.2468
Fax No.:        925.946.9809

Attorneys for Defendant
O.C. COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIDERO SOTO, STEVEN STRICKLEN, STEEVE FONDROSE, LORENZO ORTEGA, and JOSE FARIAS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>O.C. COMMUNICATIONS, INC, COMCAST CORPORATION, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No.  3:17-cv-00251-VC<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE VINCE CHHABRIA<br><br>**DECLARATION OF JEFFREY MANN IN SUPPORT OF DEFENDANT OCC COMMUNICATIONS, INC.'S MOTION TO COMPEL ARBITRATION, STRIKE CLASS ALLEGATIONS, AND STAY ANY NON-ARBITRABLE PROCEEDINGS**<br><br>DATE:         September 27, 2018<br>TIME:         10:00 AM<br>COURTROOM:  4, 17th Floor<br><br>COMPLAINT FILED:      January 18, 2017 |

DECLARATION OF JJM ISO DEFENDANT'S MOTION TO COMPEL ARBITRATION

I, Jeffrey J. Mann, declare as follows:

1. I am an Associate with the law firm of Littler Mendelson, a Professional Corporation, counsel of record in this matter for Defendant O.C. Communications, Inc. ("OCC"). I make this declaration in support of OCC's Notice of Motion and Motion to Compel Arbitration and Dismiss the Complaint, or in the Alternative, Stay the Proceedings.

2. I have personal knowledge of the matters contained in this declaration, and if called to do so, can testify competently to the same.

3. Attached hereto as **Exhibit A** are true and correct copies of excerpts from the deposition of Desidero Soto. [Soto Deposition Transcript, 70:14-19, and exhibit.]

4. Prior to answering the original complaint, on February 9, 2017 I requested that Plaintiffs' counsel stipulate to the arbitration of the claims raised in the complaint. On February 13, 2017, as part of that process, I provided Plaintiffs' counsel with copies of all of the applicable Arbitration Agreements executed in writing by Plaintiffs Soto and Stricklen, the only named plaintiffs at the time. In response, Plaintiffs' counsel refused to arbitrate their claims, citing the Ninth Circuit's decision in *Morris*. A true and correct copy of the email chain discussing the above is attached hereto as **Exhibit B.**

5. Based on the binding Ninth Circuit precedent, OCC asserted the existence of the Arbitration Agreements as an affirmative defense rather than filing a futile motion to compel arbitration.

6. On August 1, 2018, following the Supreme Court's decision in *Epic Systems,* I renewed our demand that Plaintiffs arbitrate their claims. On August 6, 2018, Plaintiffs' counsel refused, stating that "Plaintiffs' claims are not subject to a valid and enforceable arbitration agreement." In response, I requested that Plaintiffs agree to a streamlined presentation of the over 950 arbitration agreement acknowledgments at issue. Plaintiffs' counsel refused. A true and correct copy of this email chain is attached hereto as **Exhibit C**.

///

///

///

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

2.
DECLARATION OF JJM ISO DEFENDANT'S MOTION TO COMPEL ARBITRATION

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct.
3  Executed this 23rd day of August, 2018 at Walnut Creek, California.

/s/ *Jeffrey J. Mann*
Jeffrey J. Mann

Firmwide:156290904.1 092551.1001

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

3.
DECLARATION OF JJM ISO DEFENDANT'S MOTION TO COMPEL ARBITRATION